UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DONALD CLARK,

                Plaintiff,

         v.

STEVE SWAIN
and
LORI LAY,

                Defendants.

AMENDED ORDER
08-CV-637A

---

      The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On January 25, 2011, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant Steve Swain's motion to dismiss plaintiff's complaint be granted.

      The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

      ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder 's Report and Recommendation, defendant Steve Swain's motion to dismiss plaintiff's complaint is granted.

      The case is referred back to Magistrate Judge Schroeder for further proceedings as to defendant Lori Lay.

SO ORDERED.

                                        *s/ Richard J. Arcara*
                                        HONORABLE RICHARD J. ARCARA
                                        UNITED STATES DISTRICT JUDGE

DATED: February 23, 2011